FILED
2026 Aug-06 PM 05:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EUGENE HARPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:26-cv-00305-NAD** |
| | ) | |
| | ) | **UNOPPOSED** |
| **AKEEM EDMONDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO ADD CAUSES OF ACTION, DEFENSES, AND/OR PARTIES**

**COMES NOW**, the Plaintiff, Eugene Harper, by and through the undersigned counsel of record, and respectfully requests this Honorable Court for an extension of time for both Plaintiff and Defendant to add causes of action, defenses, and/or parties in this matter. In support of this Motion, Plaintiff states as follows:

1. The current deadline for Plaintiff to add causes of action, defenses, and/or parties is August 7, 2026, and the current deadline for Defendant to do so is September 7, 2026.

2. In the Rule 26(f) Report, Defendant asserted that he was not the correctional officer who encountered Plaintiff on the day of the incident and that another correctional officer used force against Plaintiff.

3. Based on Defendant's position, Plaintiff must issue a non-party subpoena to the Alabama Department of Corrections ("ADOC") to obtain records identifying the correctional officer(s) involved in the incident and to determine whether amendment of the pleadings, including the addition or substitution of parties, is necessary.
4. Plaintiff anticipates that the ADOC's production will clarify the identity of the correctional officer(s) involved in the incident and may necessitate the addition or substitution of parties and corresponding amendments to the pleadings.
5. Accordingly, Plaintiff respectfully requests that the deadlines for both Plaintiff and Defendant to amend the pleadings be extended by forty-five (45) days, such that Plaintiff's amendment deadline will be September 21, 2026, and Defendant's amendment deadline will be October 22, 2026, to allow sufficient time for the subpoena to be served, the ADOC to respond, and the parties to evaluate whether amendment is warranted.
6. The undersigned avers that this brief extension will not delay the disposition of this cause or otherwise impact the remaining deadlines established by the Court.
7. Before filing this Motion, the undersigned conferred with counsel for Defendant, who is unopposed to the requested extension.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that this Honorable Court grant this Motion and enter an Order extending the amendment deadlines as set forth herein and grant such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Kristen E. Gochett*
Leroy Maxwell, Jr.
Kristen Gochett
*Attorneys for Plaintiff*

**OF COUNSEL:**
**Maxwell, Tillman & Coleman**
1830 3rd Avenue North, Suite 300
Birmingham, AL 35203
Phone: (205) 216-3304
Fax: (205) 409-4145
Email: kgochett@mxlawfirm.com
Email: maxwell@mxlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2026, I have served the foregoing with the Clerk of the Court via the CM/ECF electronic filing system which will send notification of such filing to the following individuals:

**Tara S. Hetzel**
**State of Alabama**
**Office of the Alabama Attorney General**
501 Washington Avenue
Montgomery, Alabama 36130-0152
Phone: (334) 242-7300
Fax: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov
*Counsel for Defendant Akeem Edmonds*

*/s/ Kristen E. Gochett*
OF COUNSEL