FILED
2026 Oct-21 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EUGENE HARPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:26-cv-00305-NAD** |
| | ) | |
| | ) | |
| **AKEEM EDMONDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# PLAINTIFF'S THIRD MOTION TO EXTEND DEADLINE TO ADD CAUSES OF ACTION, DEFENSES, AND/OR PARTIES

**COMES NOW**, the Plaintiff, Eugene Harper, by and through the undersigned counsel of record, and respectfully requests this Honorable Court for a third extension of time for both Plaintiff and Defendant to add causes of action, defenses, and/or parties in this matter. In support of this Motion, Plaintiff states as follows:

1. The current deadline for Plaintiff to add causes of action, defenses, and/or parties is October 21, 2026, and the current deadline for Defendant to do so is November 23, 2026.
2. As previously represented to the Court, Defendant asserted in the Rule 26(f) Report that he was not the correctional officer who encountered Plaintiff on the

day of the incident and that another correctional officer used force against Plaintiff.

3. Based on Defendant's position, Plaintiff issued a non-party subpoena to the Alabama Department of Corrections ("ADOC") to obtain records identifying the correctional officer(s) involved in the incident and to determine whether amendment of the pleadings, including the addition or substitution of parties, is necessary.
4. Plaintiff anticipates that the ADOC's production will clarify the identity of the correctional officer(s) involved in the incident and may necessitate the addition or substitution of parties and corresponding amendments to the pleadings.
5. Since the filing of Plaintiff's previous motion, a Protective Order and HIPAA Order have been entered to facilitate the production of the requested records. (Docs. 20-21). Plaintiff is now awaiting ADOC's production of the subpoenaed documentation.
6. Plaintiff has pursued the requested discovery but has not yet received the records necessary to determine whether additional parties should be named or the pleadings otherwise amended.
7. Accordingly, Plaintiff respectfully requests that the deadlines for both Plaintiff and Defendant to amend the pleadings be extended by thirty (30) days, such that Plaintiff's amendment deadline will be November 20, 2026, and Defendant's

amendment deadline will be December 23, 2026. This extension will allow sufficient time for the ADOC to produce the subpoenaed records and for the parties to evaluate whether amendment is warranted.

8. The requested extension is limited to the deadlines for adding causes of action, defenses, and/or parties. Plaintiff does not seek an extension of the discovery deadline or any other deadlines established by the Court and respectfully submits that this limited extension will not delay the disposition of this matter.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that this Honorable Court grant this Motion and enter an Order extending the amendment deadlines as set forth herein and grant such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Kristen E. Gochett*
Leroy Maxwell, Jr.
Kristen Gochett
*Attorneys for Plaintiff*

**OF COUNSEL:**
**Maxwell, Tillman & Coleman**
1830 3rd Avenue North, Suite 300
Birmingham, AL 35203
Phone: (205) 216-3304
Fax: (205) 409-4145
Email: kgochett@mxlawfirm.com
Email: maxwell@mxlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2026, I have served the foregoing with the Clerk of the Court via the CM/ECF electronic filing system which will send notification of such filing to the following individuals:

**Tara S. Hetzel**
**State of Alabama**
**Office of the Alabama Attorney General**
501 Washington Avenue
Montgomery, Alabama 36130-0152
Phone: (334) 242-7300
Fax: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov
*Counsel for Defendant Akeem Edmonds*

*/s/ Kristen E. Gochett*
OF COUNSEL